UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROBERT LEE McKEE**                                       **CIVIL ACTION**

**VERSUS**                                                 **NO. 10-344**

**N. BURL CAIN, WARDEN**                                   **SECTION: "I" (3)**

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Robert Lee McKee** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 24th of October, 2010.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**